# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHAADY MEKHAEIL, | ) | 2:10-cv-01313-PMP-LRL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| UNIDENTIFIED DHS AGENTS, *et al.*, | ) | |
| Defendants. | ) | |

On August 4, 2010, this action was transferred from the District of Washington (*see* docket #s 16, 19). On August 3, 2010, the Order of transfer served on plaintiff was returned by the U.S. Postal Service as undeliverable. Further, on August 16, 2010, this court's minute order of August 4, 2010 served on plaintiff was returned by the U.S. Postal Service as undeliverable. Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a pro se litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2 states: "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Accordingly, as plaintiff has failed to file written notification of change of address with the court, this action is dismissed.

/ / /

/ / /

/ / /

**IT IS THEREFORE ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: October 6, 2010.

_____
PHILIP M. PRO
United States District Judge